No. 23, Misc. BASHAW *v.* CALIFORNIA SUPREME COURT;

No. 35, Misc. BYERS *v.* HILL;

No. 55, Misc. CARVER *v.* SUPREME COURT OF CALIFORNIA; and

No. 135, Misc. BOYDEN *v.* SMITH, CLERK, U. S. DISTRICT COURT. The motions for leave to file petitions for writs of mandamus in these cases are severally denied.

No. 9, Misc. PERKINS *v.* RAGEN, WARDEN. The motion for leave to file petition for writ of certiorari is denied.

No. 16, Misc. BERG *v.* UNITED STATES;

No. 68, Misc. COOPER *v.* UNITED STATES;

No. 81, Misc. EATON *v.* RAGEN, WARDEN; and

No. 81, Misc., October Term, 1949. EAGLE *v.* CHERNEY ET AL., 338 U. S. 837. The applications in these cases are severally denied.

No. 56, Misc. BARTSCH ET AL. *v.* COLEMAN, U. S. DISTRICT JUDGE. Leave granted to withdraw petition for writ of prohibition and/or mandamus.

No. 62, Misc. TABOR *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA. Leave granted to withdraw petition for writ of mandamus.